UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD PEEPLES,

    Plaintiff,                      Case No. 19-cv-10611
                                       Hon. Matthew F. Leitman

v.

DTE ENERGY SERVICES, INC.,

    Defendant.
_____/

## ORDER ON STIPULATION TO DISMISS

This Court, having considered the parties' stipulation to dismiss, dismisses this action with prejudice as to Mr. Peeples, without prejudice as to the putative class members, and with each side to bear its own attorneys' fees and costs.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 25, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764